738

## McAfee et al., Appellants, *v.* Pittsburgh.

Argued November 12, 1974. *P. J. McArdle,* for appellants; *Joseph A. Fricker, Jr.,* Assistant City Solicitor, with him *Mead J. Mulvihill, Jr.,* City Solicitor, for appellee.

Judgment affirmed.

## Moses, Appellant, *v.* Moses.

Argued March 22, 1974. *Sidney M. De Angelis,* with him *Bean, DeAngelis, Kaufman & Kane,* for appellant; *Ronald E. Robinson* and *Leon H. Fox, Jr.,* with them *Pearlstine, Salkin, Hardiman & Robinson,* and *Fox and Fox,* for appellee.

Order affirmed.

## Ray *v.* Ray, Appellant, et al.

Submitted November 16, 1974. *George E. Loebig, Jr.,* for appellant; *Howard F. Messer,* and *Messer & Shilobod,* for appellee.

Order affirmed.